No.04-14-00509-CV

FOURTH COURT OF APPEALS DISTRICT

CADENA-REEVES JUSTICE CENTER

300 Dolorosa, Suite 300

San Antonio, Texas 78205-3037

February 9, 2015

# APPELLANTS BRIEF

GLORIA E. OCHOA–APPELLANT, APPELLANT IN PROPIA PERSONA

V.

NAIL FLOWER NAIL/BEAUTY SALON-APPELLEE.

ON APPEAL FROM THE 224TH JUDICIAL DISTRICT COURT

IN BEXAR COUNTY, TEXAS

CAUSE NUMBER 2013-CI-12691

From the 224th Judicial District Court, Bexar County, Texas

Trial Court No 2013-CI-12691

Honorable Antonia Arteaga, Judge Presiding

Appellant/Plaintiff:    Plaintiff/Appellant's Counsel

Gloria E. Ochoa – Appellant in Propria Persona

542 Williamsburg Place

San Antonio, Texas 78201

Phone: 210-308-0744

Phone: 210-736-1408

Appellee/Defendant:    Defendant/Appellee's Counsel:

Campbell, Miller & Associates

Elizabeth W. Lennane

IBN. 24053014

300 Convent, Suite 2350

San Antonio, Texas 78205

Phone: 210-229-9879

Fax 210-229-9878

## Summary:

Gloria E Ochoa, plaintiff, moves the court to set aside the Summary Judgment rendered against it on 6-19-14 and grant a new Trial.   Seeking justice in this Personal Injury case.

Citation: This case did not go to trial and thus no court reporter records available.

1. This motion is presented within the time limits prescribed by the Texas rules of Civil procedure for Motion for a new trial.

2. The Judgment of the court is contrary to law.

3. There was insufficient evidence to support the engorgement as delivered, as Plaintiff was not allowed to present  reasons for not responding in a timely manner.

4. Plaintiffs failure to file an answer before judgment was the result of an accident and or mistake, rather than due to an intentional act or the result of conscious indifference.

5. Plaintiff "is" the "Injured Party" and unrepresented by attorney as previous attorney abruptly canceled agreement to represent  her. Plaintiff has been unable to locate other attorney who would take case due to limited time frame to research/work on this case. Also, Plaintiff is and has been under ongoing medical care and continues to suffer from effects of staph infection obtained at the Defendants place of business/Nail Flower Salon.

6. Plaintiff/Gloria E Ochoa has been and is currently under physicians care and on medication for extreme pain. Diminished use of hands, fingers, loss of balance in legs/feet & other related injuries, since date of injury in 2011.  Plaintiff is now disabled and no longer able to work. Prior to this injury, Plaintiff worked over 40 years and was going to work an additional 10 years before retiring.

7.  Above described situation and severe injuries from staph infection at nail salon prevented Plaintiff from responding in a timely manner.

**8. Gloria E Ochoa files this <u>Appeal Brief</u> complaining of defendant and how defendant caused great "Personal Injury" to her.**

**9. Gloria E Ochoa requests opportunity for <u>verbal discussion</u>/elaboration etc, to answer in person any questions from the judges to decide this case.**

**10. Gloria E. Ochoa requests your help and compassionate review of this case and grant a new trial. Gloria E Ochoa is a single senior citizen and raising 4 grandchildren, ages 13, 11, 7 and 5.**

**Thank you.**

## HOW WAS I INJURED?

On August 9th, 2011, Gloria E Ochoa, plaintiff, went to Nail Flower Beauty/Nail Salon located at 4535 Fredericksburg Rd, Suite 211, San Antonio, Texas to have a manicure.

See included copy of my bank record showing date of visit to Nail Flower Nail/Beauty Salon and charges.

Manicure preformed by employee, Ben Nguyen. Gloria Ochoa, plaintiff was instructed by "soak" her nails in manicure dish that had a soap solution to soften cuticles.

A short while later, Gloria Ochoa, plaintiff, suffered severe infection to thumb, that necessitated emergency medical treatment. Thumb was very swollen, blue in color and extremely painful.

Treatment included "lancing" of thumb to expel infection. Subsequent and ongoing pain in left thumb & hand. Discoloration, Disfigurement /Loss of use on thumb and hand. Chronic ongoing pain in thumb and hand/shoulder,



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 8/4 | | POS Purchase - 08/04 Mach ID 000000 Samsclub #8227 San Antonio TX 3860 00461216784253180 ?McC=5300 | | 130.54 | 6,822.25 |
| 8/5 | | Check Crd Purchase 08/03 El Pollo Loco #5950 San Antonio TX 434258xxxxxx3860 217140006285929 ?McC=5814 90 | | 4.42 | |
| 8/5 | | Check Crd Purchase 08/03 Taco Cabana #105 San Antonio TX 434258xxxxxx3860 217140006192098 ?McC=5814 90 | | 7.45 | |
| 8/5 | | Check Crd Purchase 08/03 McDonald's F7850 San Antonio TX 434258xxxxxx3860 217140010820379 ?McC=5814 90 | | 11.88 | |
| 8/5 | | Check Crd Purchase 08/04 LA Michoacana SA4 San Antonio TX 434258xxxxxx3860 217140008364040 ?McC=5411 90 | | 6.48 | |
| 8/5 | | POS Purchase - 08/05 Mach ID 000000 Dollar-General San Antonio TX 3860 003012176811393338 ?McC=5310 | | 62.51 | |
| 8/5 | 1451 | Check | | 225.60 | 6,503.91 |
| 8/8 | | Check Crd Purchase 08/04 SA Goodwill-Summit#29 San Antonio TX 434258xxxxxx3860 219140021493542 ?McC=5691 90 | | 15.07 | |
| 8/8 | | POS Purchase - 08/06 Mach ID 000000 Dollar-General San Antonio TX 3860 003012190467155524 ?McC=5310 | | 24.12 | 6,464.72 |
| 8/9 | | Check Crd Purchase 08/08 Fedex Office #0127 San Antonio TX 434258xxxxxx3860 221140006943859 ?McC=7338 90 | | 18.96 | |
| 8/9 | | Check Crd Purchase 08/08 Nail Flower San Antonio TX 434258xxxxxx3860 221140011622307 ?McC=7230 90 | | 50.00 | |
| 8/9 | | Check Crd Purchase 08/08 Heb #556 San Antonio TX 434258xxxxxx3860 221140014360087 ?McC=5411 90 | | 130.19 | |
| 8/9 | | ATM Withdrawal - 08/09 Mach ID Wbxw2106 *Store #2106 *Store #21San Antonio TX 3860 003012217491105866 | | 202.00 | |
| 8/9 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | 6,061.07 |
| 8/10 | | Check Crd Purchase 08/09 Sonic #3630 San Antonio TX 434258xxxxxx3860 222140014729901 ?McC=5814 90 | | 8.59 | |
| 8/10 | | POS Purchase - 08/10 Mach ID 000000 Samsclub #8227 San Antonio TX 3860 00581222687040546 ?McC=5300 | | 55.31 | 5,997.17 |
| 8/11 | | Check Crd Purchase 08/09 Salvation Army - San A San Antonio TX 434258xxxxxx3860 223140006996477 ?McC=5931 90 | | 3.77 | |
| 8/11 | | Check Crd Purchase 08/09 Total 20 Shamrock San Antonio TX 434258xxxxxx3860 223140008476103 ?McC=5541 90 | | 11.48 | |
| 8/11 | | Check Crd Purchase 08/09 Salvation Army - San A San Antonio TX 434258xxxxxx3860 223140006996478 ?McC=5931 90 | | 23.74 | |
| 8/11 | | Check Crd Purchase 08/09 Total 20 Shamrock San Antonio TX 434258xxxxxx3860 223140008476109 ?McC=5542 90 | | 35.05 | |
| 8/11 | | Check Crd Purchase 08/10 LA Michoacana SA4 San Antonio TX 434258xxxxxx3860 223140008145901 ?McC=5411 90 | | 8.92 | |
| 8/11 | | POS Purchase - 08/11 Mach ID 000000 Dollar-General San Antonio TX 3860 004612237717999102 ?McC=5310 | | 18.11 | 5,896.10 |
| 8/12 | | Check Crd Purchase 08/11 Taqueria Jalisco 13 San Antonio TX 434258xxxxxx3860 224140014543417 ?McC=5812 90 | | 10.80 | 5,885.30 |
| 8/15 | | ATM Statement Fee - 08/13 Mach ID 0202F 4522 Fredricksburg Rd., San Antonio, TX 3860 | | 1.00 | |
| 8/15 | | Check Crd Purchase 08/12 El Pollo Loco #5950 San Antonio TX 434258xxxxxx3860 226140007912421 ?McC=5814 90 | | 4.42 | |
| 8/15 | | Check Crd Purchase 08/12 Taqueria Jalisco 13 San Antonio TX 434258xxxxxx3860 226140029346497 ?McC=5812 90 | | 5.51 | |
| 8/15 | | Check Crd Purchase 08/12 Subway 00023689 San Antonio TX 434258xxxxxx3860 226140008431941 ?McC=5814 90 | | 9.19 | |
| 8/15 | | Check Crd Purchase 08/12 Heb #556 San Antonio TX 434258xxxxxx3860 226140028791708 ?McC=5411 90 | | 73.88 | |
| 8/15 | | POS Purchase - 08/13 Mach ID 000000 Sales N Service Sugarland TX 3860 00581225555231633 ?McC=4812 | | 32.43 | |
| 8/15 | | POS Purchase - 08/13 Mach ID 000000 Stein Mart, Inc San Antonio TX 3860 00301226042704618 ?McC=5310 | | 17.30 | |
| 8/15 | | Check Crd Purchase 08/13 Burlington Coa00001651 San Antonio TX 434258xxxxxx3860 227140004635139 ?McC=5651 90 | | 6.48 | |
| 8/15 | | Check Crd Purchase 08/13 The Right Choice #1 San Antonio TX 434258xxxxxx3860 227140009800950 ?McC=5542 90 | | 40.00 | |

## DEFENDANTS BREACH OF DUTY.

Defendant "OWED" plaintiff a "Duty" to "Care", "To Protect" its client by cleaning, disinfecting, sterilizing all its equipment.

Emergency room doctors termed this a severe "Staph" infection due to nail salon not /sterilizing/cleaning their soaking dishes /equipment etc.

Defendant "Breached the duty owed" to Plaintiff in that they FAILED to properly disinfect, sterilize, clean their equipment.

## DEFENDANTS NEGLIGENCE.

As the direct and proximate cause of the defendants "NEGLIGENCE", plaintiff suffered the following personal injuries:

Pain and Suffering, Loss of Use for thumb and hand. Inability to continue working/earn a living, disabled status, loss of earning ability, now and future earnings, emotional stress, anxiety, etc. Significant unpaid med bills due to these injuries. Ongoing medical treatment'.

## WHAT DO I WANT TO SEE COME OUT OF THIS NEW TRIAL?

**1. I do not want this to happen to any other innocent person** walking in to this nail salon for a simple manicure.

Needless ONGOING suffering due to Defendants Negligence.

2. Defendant must ACCEPT FULL RESPONSIBILITY FOR THE GREAT INJURY THEY HAVE CAUSED.

They must sterilize all equipment with each client or use disposable equipment.

3. SEEKING REASONABLE COMPENSATION for ONGOING PAIN and SUFFERING /LOSS OF USE FOR THUMB/HAND. DISFIGUREMENT FOR THUMB. DISABLED STATUS DUE TO THIS "STAPH INFECTION" THAT COULD HAVE NEEN AVOIDED BY DEFENDANT "STERILIZIING" EQUIPMENT. LOSS OF ABILITY TO EARN A LIVING NOW AND FUTURE EARNINGS and payment of unpaid med bills. I had intended to work another 10 years before starting social security. That option was taken away by defendants NEGLIGENCE .

## PRAYER FOR RELIEF.

Therefore, plaintiff, respectfully requests Judgment/

Reversal of summary judgment against  plaintiff and grant a New Trial.

1. Damages in an amount within the jurisdictional limits of the court.

2. Pre-and postjudgement interest  on that amount of the legal rates.

3. Costs of suit and

4. Any other relief to which plaintiff is entitled.


Respectfully submitted,

_Gloria E. Ochoa_ .

Gloria E. Ochoa an Individual, Plaintiff.

542 Williamsburg Place

San Antonio, Texas 78201

Phone: 210-309-0744.  210-736-1408

Phone: 210-331-4492

**CERTIFICATE OF SERVICE 192.3**

I, the undersigned, Gloria E. Ochoa, certify that a true and correct copy of the foregoing document was served to Defendants attorney by "Certified" mail, return receipt requested.

*Gloria E. Ochoa*

Gloria E Ochoa

542 Williamsburg Pl.

San Antonio, Texas 78201

Phone: 210-309-0744

Phone: 210-736-1408

# CERTIFICATION OF COMPLIANCE WITH BRIEF LENGTH AND TYPE SIZE REQUIREMENTS.

**BRIEF LENTH:**

I certify that (1) this brief complies with the word-count limitation in ORAP 5.05 (2) the word count of this brief (as described in ORAP 5.5 (2) (a) is 1,747 or less. (1137 words).

I certify that the size of the type in this brief is not smaller that 14 points for both the text of the brief and footnotes as required by ORAP 5.05 (4) (1). 14 font size.

Gloria E. Ochoa,